IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-CV-01355-RBJ

ARTHUR J. EMANUELE, III, an individual,

    Plaintiff,

v.

MILLERCOORS, LLC, a Delaware limited liability company, and
BALL METAL BEVERAGE CONTAINER CORP., a Colorado corporation,

    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(2), Plaintiff Arthur J. Emanuele, III, and Defendants Millercoors, LLC and Ball Metal Beverage Container Corp., hereby stipulate to the dismissal of this action with prejudice, except as to any defenses and counterclaims that were or could have been raised by Defendants which are dismissed without prejudice  Plaintiff and Defendants shall bear their own attorney fees and costs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| _____*s/ Stephen E. Kapnik* | ___*s/ Peter A. Gergely*___ |
| Stephen E. Kapnik | Peter A. Gergely |
| skapnik@lohfshaiman.com | PGergely@merchantgould.com |
| Lohf Shaiman Jacobs Hyman & Feiger PC | Merchant & Gould P.C. |
| Telephone (303) 357-1646 | 1801 California Street |
| 950 South Cherry Street #900 | Suite 3300 |
| Denver, Colorado 80246 | Denver, CO 80202-2654 |
| Telephone (303) 753-9000 | Telephone (303) 357-1646 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 24th day of June, 2014, he caused all counsel of record who are deemed to have consented to electronic service to be being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record and Plaintiff Arthur J. Emanuele, III, will be served by an electronic or facsimile transmission, and/or first class mail.

*s/ Stephen E. Kapnik*