IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01355-RBJ
(Transferred from the United States District Court for the Eastern District of Texas, Marshall Division, Civil Action No. 2:13-cv-00703)

ARTHUR J. EMANUELE, III, an individual,

    Plaintiff,

v.

MILLERCOORS, LLC, a Delaware limited liability company, and
BALL METAL BEVERAGE CONTAINER CORPORATION, a Colorado corporation,

    Defendants

---

## ORDER OF DISMISSAL

---

THIS MATTER having come before the Court on the parties' Stipulation of Dismissal, and the Court being duly apprised in the premises, the Court hereby ORDERS:

This action is dismissed with prejudice, except as to any defenses and counterclaims that were or could have been raised by Defendants which are dismissed without prejudice. Plaintiff and Defendants shall bear their own attorneys' fees and costs.

DATED this 25th day of June, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge

1